El Pueblo v. Feliciano et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 83.—Resuelto en junio 14, 1907.

Denuncia—Exhibición de Libros ó Impresos de Carácter Obsceno.—Á los efectos de una denuncia por infracción del No. 3 del artículo 283 del Código Penal, es suficiente expresar en ella, en términos generales, el hecho de la

obscenidad del libro, impreso ó lámina que se haya exhibido, según determina el artículo 91 del Código de Enjuiciamiento Criminal.

Id.—Lugar en que se Cometiera el Delito.—De la denuncia presentada en este caso, se deduce que el delito fué cometido en lugar comprendido dentro de la jurisdicción de la corte, pero la mejor práctica es expresar en toda denuncia de modo claro y terminante el lugar dónde se cometiera el delito y la Corte ó Distrito á qué corresponde.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Hernández, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Francisco Feliciano y Juan Pérez contra sentencia que en grado de apelación y mediante la celebración de nuevo juicio, dictó la Corte de Distrito de Mayagüez el día 11 de marzo último, condenando á cada uno de los apelantes, por exhibición de un libro con láminas obscenas, á la pena de un año de cárcel y costas, y ordenando, además, se destruya el libro ocupado.

La denuncia que dió lugar al juicio, presentada á la corte municipal de Mayagüez por el policía insular Rafael Fernández, por quien fué suscrita y jurada en tres de noviembre del año próximo pasado, dice así:

"Yo, Rafael Fernández, P. I., vecino de Mayagüez, P. R., y mayor de edad, ante el señor juez municipal declaro y juro: Que Francisco Feliciano, *alias* Furní, tenía en su poder un librito con láminas obcenas, y el día 31 de octubre de 1906, obrando con malicia, lo cedió á Juan Pérez para que éste enseñara las láminas, como lo hizo, á las señoritas Margarita Dedó, Felícita Soto y Rosalía Morales, en ocasión en que éstas se encontraban trabajando en la fábrica de fósforos de los Sres. Grau Hermanos, de esta ciudad; y como este hecho constituye un delito, lo denuncio á los efectos que procedan."

No hay en el récord pliego de excepciones, ni exposición de hechos, ni tampoco han comparecido los apelantes á sostener el recurso por escrito ú oralmente, habiendo desistido del mismo Francisco Feliciano, á quien se hubo por desistido en resolución de 16 de abril último.

Respecto del otro apelante, Juan Pérez, hemos examinado la denuncia presentada y la sentencia recurrida, y encontramos que lejos de haberse cometido error alguno, se ha hecho á aquél completa justicia.

El delito de que se trata está previsto en el número 3º. del artículo 283 del Código Penal, y calificado de *misdemeanor* en el número 5º. del mismo artículo, aparejando pena de cárcel por un término máximo de dos años ó multa máxima de doscientos cincuenta *dollars,* ó ambas penas, con arreglo al artículo 16 del Código citado, siendo bastante á los fines de la denuncia que ésta haya indicado de un modo general el hecho de la obscenidad en las láminas contenida, según el artículo 91 del Código de Enjuiciamiento Criminal.

También se deduce de la denuncia que el delito fué cometido en lugar comprendido dentro de la jurisdicción de la corte municipal de Mayagüez, ó sea en la fábrica de fósforos que en dicha ciudad tienen los Sres. Grau Hermanos; pero recomendamos como mejor práctica que en toda denuncia ó acusación se exprese de modo claro y terminante el lugar dónde se cometió el delito y la Corte Municipal ó de Distrito á que corresponde.

De conformidad con el fiscal, entendemos que procede la confirmación de la sentencia apelada, con las costas del recurso también á cargo de la parte apelante.

                                        *Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Figueras, MacLeary y Wolf.